ABEL ACOSTA,CLERK
SUPREME CT.BLDING.
201 W.14TH ST.RM.106
P.O.BOX 12308
AUSTIN,TEXAS 78711-2308

78,478-02

NOVEMBER 15,2015

RE: STATUS REPORT ON MOTION SENT FOR REMAND OF WRIT OF HBEAS CORPUS FOR PROPER REVIEW
AND/OR EVIDENTIARY HEARING WRIT NO.WR-78,478-02,SENT ON 9-22-2015.

DEAR MR.ACOSTA,

 I JUAN MUNOZ,TDCJ NO.01467005,AM SENDING THIS FIRST (1) NOTICE OF THE STATUS AS TO PRIOR MOTION FOR REMAND OF WRIT OF HABEAS CORPUS FOR PROPER REVIEW/EVIDENTIARY HEARING.I HAD SENT THIS MOTION ON 9-22-2015,ARGUING THE FACT BEHIND THE FILING OF MY WRIT OF HABEAS CORPUS,AND NOT BEING A SUBSEQUENT WRIT.IT HAS BEEN APPROXIMATELY ONE (1) MONTH AND THREE (3) WEEKS SINCE I HAVE HEARD OF ANYTHING FROM YOUR OFFICE,EVEN SUCH AS RECIEVING MY MOTION.THIS MOTION IS OF THE UPMOST IMPORTANCE AND IS OF NEEDED MUCH ATTENTION.

 I WOULD LIKE TO TAKE THIS TIME TO THANK YOU FOR YOU VALUABLE TIME AND CONSIDEATION IN MY MATTER.MAY GOD BLESS YOU.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 1 2015

Abel Acosta, Clerk

RESPECTFULLY SUBMITTED,

PRO SE JUAN MUNOZ
TDCJ NO.01467005
DOLPH BRISCOE UNIT
1459 W.HWY.85
DILLEY,TEXAS 78017
FRIO COUNTY